ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RICHARD DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 325-3361
email: richard.daynes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FNU LNU, aka "Angel,"<br><br>Defendant. | Case No. 2:21mj651 JCB<br><br>COMPLAINT<br><br>21 U.S.C. § 841 Distribution of a Controlled Substance (Methamphetamine)<br><br>Magistrate Judge Jared C. Bennett |

Before Jared C. Bennett, a United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT 1

21 U.S.C. § 841
Distribution of a Controlled Substance (Methamphetamine)

On or about May 6, 2021, in the District of Utah,

FNU LNU, aka "Angel,"

the defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

COUNT 2

21 U.S.C. § 841
Distribution of a Controlled Substance (Methamphetamine)

On or about June 10, 2021, in the District of Utah

FNU LNU, aka "Angel,"

the defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

I, ENOCH J. SMITH, being duly sworn, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been employed in this capacity since May 2014. I have received extensive training and have Title 21 authority to investigate and enforce violations of the Controlled Substance Act and the Controlled Substances Import and Export Act. I have over 17 years of law enforcement experience as a Border Patrol Agent since 2003, a Task Force Officer with DEA from 2011 to 2013, and my current employment as a Special Agent with DEA where I have participated in many investigations relating to violations of Title 21 United States Code § 841(a)(1), Distribution and Possession with Intent to Distribute a Controlled Substance, Title 21 United States Code § 843(b), Unlawful Use of a Communication Facility and Title 21 United States Code § 846, Conspiracy to Distribute and Conspiracy to Possess with Intent to Distribute a

Controlled Substance. I have also acquired knowledge and information about the illegal drug trade and the various means and methods by which it is furthered, including through the use of computers, smart phones, digital media and the internet from formal and informal training, other law enforcement officers and investigators, informants, individuals I have arrested and/or interviewed, and from my participation in other investigations. I am currently assigned to the DEA, Salt Lake City District Office. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested Complaint and warrant and does not set forth all my knowledge about this matter.

2. I make this affidavit in support of a criminal complaint alleging that FNU LNU, aka "Angel," has violated 21 U.S.C. 841(a)(1), distribution of methamphetamine and aiding and abetting therein.

3. I have personally participated in the investigation set forth below. As a result of my personal participation in this investigation, I am familiar with all aspects of this investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information of the statements provided in this affidavit were provided to me by other agents, law enforcement officers or witnesses who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports or statements I have read and reviewed. Since this affidavit is being submitted for the limited purpose of securing an order authorizing the acquisition of the Requested Information, I have not included details of every aspect of the investigation. Facts not set forth herein, or in the attached exhibits, are not being

relied on in reaching my conclusion that the requested search warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this affidavit.

## II. PROBABLE CAUSE

4. Since May 2021, investigators from DEA MNTF have been investigating a Drug Trafficking Organization run by **ANGEL**, who are involved in the distribution of heroin and methamphetamine in the Salt Lake City, Utah area.

5. On May 6, 2021, agents met with confidential source 1 (CS-1) [1] to conduct a controlled purchase of one pound of methamphetamine with a supplier known to CS-1. Prior to that operation, agents searched CS-1 for illicit contraband; none was found. As directed by agents, CS-1 contacted a male individual FNU/LNU referred to as “ANGEL” over the phone to arrange the purchase of one pound of methamphetamine. The telephone call was recorded. CS-1 was provided Official Advanced Funds (OAF) and an audio/video recording device. At approximately 12:30 pm, CS-1 met with GS A. Henderson, TFO A. Bjorndal and South Jordan Detective Carlisle. Detective Carlisle supplied CS-1 with $3,500.00 OAF. CS-1 was also supplied with an audio/video listening device. At approximately 12:35 pm, the CS called "ANGEL." A female answered the phone, which CS-1 stated is common. CS-1 stated that she is "ANGEL's" wife or girlfriend, and she translates for him because "ANGEL" does not speak English. CS-1 requested to purchase one pound of methamphetamine. The female stated, “Ok so how many, just one?” CS-1 stated that he/she just needed one. The female stated, “Ok, so where

---

1 CS-1 is a South Jordan Police Confidential Source. CS-1 has a lengthy criminal history involving the possession of narcotics. CS-1 is currently working for consideration on his/her charges in return for information and assistance. CS-1 has never been known to provide untruthful information as a confidential source for these agents.

does he go?" CS-1 requested that "ANGEL" meet with CS-1 at a predetermined location in South Jordan City to purchase the pound of methamphetamine. The female stated, "Ok, he'll meet you there in 20 minutes".

6. Agents set up surveillance in the area of the buy. At approximately 1:07 pm, agents observed "ANGEL" arrive at the meet location in a silver Kia Forte with Utah plate U079JF. "ANGEL" then provided CS-1 with a pound of methamphetamine and CS-1 gave the 3,500 dollars OAF to "ANGEL." Agents then observed "ANGEL" leave the buy location. CS-1 met with GS Henderson, TFO Bjorndal, and Detective Carlisle. CS-1 immediately provided the purchased methamphetamine to TFO Bjorndal. A field test of the purchased methamphetamine was conducted by TFO Bjorndal, and it tested positive for the presence of methamphetamine. CS-1 was again searched for illicit contraband; nothing was found. The methamphetamine was later weighed and weighs approximately 490.7 grams including the packaging.

7. On June 10, 2021, the DEA SLCDO conducted a controlled purchase utilizing CS-1 to buy 1 pound of methamphetamine from "ANGEL" for $3,000.00.

8. At approximately 12:50 pm, CS-1 met with TFO S. Hirschfeld, TFO A. Bjorndal and South Jordan Detective Carlisle. CS-1 was searched for illicit contraband; nothing was found. Detective Carlisle supplied CS-1 with $3,000.00 OAF. CS-1 was also supplied with an audio/video listening device.

9. At approximately 1:01 pm, CS-1 texted "ANGEL" at telephone number 385-274-9018 (TD1), requesting to purchase one pound of methamphetamine. At 1:11 pm, CS-1 received a text response from "ANGEL" agreeing to sell a pound of methamphetamine to CS-1 and

asking where to meet. Agents observed CS-1 text TD-1. Agents also preserved the texts by taking a photograph of the text conversation. Below is a summary of the text conversation:

CS-1: Hey buddy I need 1

CS-1: People from out of town

ANGEL: ok were i see u

Agents then had CS-1 call "ANGEL" and tell him where to meet CS-1. At 1:13 pm, CS-1 called "ANGEL's" phone number, 385-274-9018. The same female as before answered the phone. In the call, CS-1 provided the female with a meeting location in South Jordan. The female stated, "Ok ya so which one do you want? CS-1 stated, "Just one, the clear". The female stated, "The clear, oh ok and I'll tell him right now". All calls were recorded and booked into evidence. Agents set up in the area of the buy and in the area of "ANGEL's" residence.

10. At approximately 1:30 pm, agents observed "ANGEL" exit his residence on West Duet Drive and enter his silver Kia Forte. Agents followed "ANGEL" to the predetermined buy location.

11. At approximately 2:03 pm, agents observed "ANGEL" arrive at the meet location in a silver Kia Forte. "ANGEL" then provided CS-1 with a pound of methamphetamine and CS-1 gave the $ 3,000 OAF to "ANGEL". Agents then observed "ANGEL" leave the buy location and return to his residence.

12. CS-1 met with TFO S. Hirshfeld, TFO Bjorndal, and Detective Carlisle. CS-1 immediately provided exhibit #2 to TFO Bjorndal. Exhibit #2 was a bundle of white crystal substance in a plastic baggie. CS-1 was again searched for illicit contraband; nothing was found.

13. A field test of Exhibit #2 was conducted by TFO Bjorndal and TFO Hirshfeld, and it tested positive for the presence of methamphetamine. The methamphetamine was later weighed and weighs approximately 489.5 grams including the packaging.

## IV. CONCLUSION

Based upon the above information, I respectfully submit that there is probable cause to arrest the individual known as Angel for the following violations: Title 21, United States Code, Sections 841 (a)(1) (unlawful possession with intent to distribute, and/or distributing a controlled substance).

*/s/ Enoch J. Smith*
Enoch Smith, Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO BEFORE ME this 10th day of August, 2021.

JARED C. BENNETT
United States Magistrate Judge

APPROVED:

ANDREA T. MARTINEZ
Acting United States Attorney

RICHARD DAYNES
Assistant United States Attorney